IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| YONG JOUNG <br> SOO JOUNG <br><br> Plaintiffs, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., et al. <br><br> Defendants | * <br> * <br> * <br> *    Case No. 8:11-cv-02071-AW <br> * <br> * <br> * <br> * <br> * <br> * |

## FULL SATISFACTION OF JUDGMENT

On April 24, 2012, the Court entered judgment in the above-referenced matter against Defendants, to pay $3,250 to Plaintiffs. On or about November 6, 2012, this Court approved Plaintiffs' attorney's fees in the amount of $3,930.00 and costs of $402.50.

NOW, THEREFORE, Plaintiffs, by their duly authorized attorney, hereby certifies the full satisfaction of said judgment, because all amounts to Plaintiff of the subject judgment and attorney's fees have been paid, and hereby authorize and direct the Clerk of Court to record this full satisfaction of judgment discharge the same.

Dated this 11th day of January, 2013

/s/ Robinson S. Rowe
Robinson S. Rowe, Bar No. 27752
ROWE WEINSTEIN & SOHN PLLC
5906 Hubbard Dr.
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-3253


STATE OF MARYLAND   :
COUNTY OF MONTGOMERY   :

Subscribed and sworn to before me this 12 day of January, 2013.

_____
Notary Public

Christina Shin
NOTARY PUBLIC
Montgomery County, MD
My Commission Expires:
August 25, 2015